MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MARTINEZ, ) | CIVIL NO.: 3:12-CV-02997-JCS |
|     Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
|         v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his Answer be extended from December 10, 2012, to January 10, 2013. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. This extension is needed to produce the Certified Administrative Record which will be utilized by both parties.

///

///

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: December 7, 2012     /s/ *Donald Harrison Medearis*
(As authorized via e-mail on 12/6/12)
 DONALD HARRISON MEDEARIS
Attorney for Plaintiff

Dated: December 7, 2012     MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 12/10/12

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

Stip. & Prop. Order to Extend: 3:12-CV-02997-JCS     2